IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAFFEY, BUCCI & KENT, LLP**<br>BY: BRIAN F. LAFFERTY JR.<br>1100 LUDLOW STREET, 300<br>PHILADELPHIA, PA 19107<br>(215) 399-9255<br>PA#93668<br>blafferty@lbk-law.com | |
| **RAMON RODRIGUEZ**<br>**19 S. Kingston Road**<br>**Newark, DE 19713**<br>      vs.<br><br>**FEDERATED MUTUAL INSURANCE**<br>**COMPANY**<br>**77 Brittany Lane**<br>**GLENMORE, PA 19343**<br>and<br>**FEDERATED MUTUAL INSURANCE**<br>**COMPANY**<br>**121 East Park Square**<br>**Owatonna, MN 55060-3046** | CIVIL ACTION NO:<br><br>JURY TRIAL DEMANDED |

## Motor Vehicle Accident -UIM-Contract Dispute-Complaint Civil Action

Plaintiffs, by way of Complaint against the Defendant say:

1.    Plaintiff, RAMON RODRIGUEZ (Hereafter "Plaintiff" or "Rodriguez"), is an

adult individual, residing at the above address.

2.    At all times relevant hereto, Defendant, FEDERATED MUTUAL INSURANCE

COMPANY, (hereafter "Defendant" or "Federated") upon information and belief

is a Minnesota Corporation or other duly authorized legal entity with a Corporate

Headquarters at 121 East Park Square Owatonna, MN 55060-3046 operating in

the Commonwealth of Pennsylvania, with a Chester County, PA Headquarters at

778 Brittany Lane Glenmore, PA.

3.  At all times relevant hereto, Plaintiff was insured under an auto policy issued by Defendant Federated to Plaintiff's employer at all times relevant Cloud Mechanical Services Inc, policy number 9905549 which was in effect on April 5, 2017, and which provided for underinsured motorist benefits.

4.  It is believed and therefore averred that Defendant is in possession of a copy of said policy.

5.  On or about April 5, 2017, Plaintiff was injured when struck by an underinsured motorist.

6.  At all relevant times, Defendant has been on notice of Plaintiffs' claim for underinsured motorist benefits.

7.  As a result of the communication between the parties, Plaintiff was provided a claim number of 549508-1.

8.  Pursuant to the policy of insurance with Federated, Plaintiff was entitled to underinsured motorist benefits for but not limited to: property damage, medical coverage, personal injury protection and bodily injury.

9.  Plaintiff has complied with all relevant requests attributable to the investigation of this claim and request that this claim be covered.

10. Defendant has arbitrarily and capriciously failed to appropriately honor its contractual obligations to Plaintiff.

11. As a result of Defendant's failure to honor its obligations to Plaintiff, Plaintiff has incurred and continues to incur damages.

12. Solely, as a result of the negligence of the underinsured driver, Plaintiff suffered

2

severe, permanent and diverse injuries including, but not limited to: Herniated
Discs at C5-6, C4-5, and C3-4 with cord compression requiring multiple surgeries
(total disc replacement at C5-6 with left nerve root decompression and ACDF),
injections and continued pain management, displaced cervical intervertebral disc,
head injury, chest wall injury, cervical radiculopathy, left shoulder, arm, wrist,
hand, chest injuries, cervical, lumbar and thoracic sprain and strain.

13.  Solely, because of the negligence of the underinsured driver, Plaintiff was/is
required to undergo reasonable and necessary medical treatment and incur
medical expenses to alleviate his physical, mental and emotional injuries and pain
and suffering, which are ongoing.

14.  Solely, as a result of the negligence of the underinsured driver, Plaintiff was and
will continue to be precluded from engaging in normal activities and pursuits.

15.  Solely, as a result of the negligence of the underinsured driver, Plaintiff was
required to bear additional expenses, property damage, costs and hardships as a
consequence of the limitations and treatment obligations he was forced to endure,
which is/are ongoing.

16.  Solely, as a result of the negligence of the underinsured driver, Plaintiff has
suffered or may suffer severe loss of his earnings and/or earning power, and may
incur such loss for an indefinite period in the future.

17.  Solely, as a result of the negligence of the underinsured driver, Plaintiff may
hereafter incur other financial expenses or losses which may exceed the amount he
may otherwise be entitled to recover under and pursuant to the Pennsylvania Motor

3

Vehicle Financial Responsibility Law, 75 Pa. C.S. § 1701 et. Seq. as amended, for which he claims damages herein.

18.     Solely, as a result of the negligence of the underinsured driver, Plaintiff has suffered great physical pain, suffering and mental anguish, embarrassment, inconvenience and annoyance loss of life's pleasures all of which may continue into the future.

19.     Plaintiff in no way contributed to his injuries which were the direct and proximate result of the underinsured motorist's negligence.

WHEREFORE, Plaintiff demands judgment against Defendant in excess of $75,000.00 for damages, interest, legal fees and costs of suit as well as all relief this Honorable Court deems just and proper.

Laffey, Bucci & Kent, LLP

By: _____
Brian F. Lafferty Jr.
1100 Ludlow Street, Suite 300
Philadelphia, PA 19102
(215) 588- 3920
blafferty@lbk-law.com
Attorneys for Plaintiff

DATED: 4/13/22

4